IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **KEVIN BURNS**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:13-CV-993-L** |
| | § | |
| **J.P. MORGAN CHASE BANK NATIONAL ASSOCIATION,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

This mortgage foreclosure case was referred to Magistrate Judge Irma Carrillo Ramirez, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on November 14, 2013. In her Report, the magistrate judge determined that the court has subject matter jurisdiction over the action and therefore recommended that the following motions to dismiss filed by Defendants, pursuant to Federal Rule of Civil Procedure 12(b)(1), be denied: (1) Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. 9), filed March 17, 2013; (2) BDFTE Defendants' Motion to Dismiss (Doc. 12), filed April 11, 2013; and (3) Defendant Envoy Mortgage, Ltd.'s Motion to Dismiss (Doc. 15), filed April 16, 2013. No objections were filed to the Report.

Having reviewed the pleadings, Defendants' motions and reply brief, Plaintiff's response, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are correct and **accepts** them as those of the court. Accordingly, the court **denies** Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. 9); BDFTE Defendants' Motion to Dismiss (Doc. 12); and Defendant Envoy Mortgage, Ltd.'s Motion to Dismiss (Doc. 15).

**It is so ordered** this 4th day of December, 2013.

_____
Sam A. Lindsay
United States District Judge