IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **KEVIN BURNS**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:13-CV-993-L** |
| | § | |
| **J.P. MORGAN CHASE BANK NATIONAL ASSOCIATION,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

This mortgage foreclosure case was referred for pretrial management to Magistrate Judge Irma Carrillo Ramirez, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on December 5, 2013, recommending that Plaintiff's claims against Defendant Dana Gompers be dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 4(m), for failure to effect service within 120 days. No objections to the Report were filed.

Having reviewed the record and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses without prejudice** Plaintiff's claims against Defendant Dana Gompers pursuant to Federal Rule of Civil Procedure 4(m) for failure to effect service within 120 days.

**It is so ordered** this 7th day of January, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Sam A. Lindsay*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Sam A. Lindsay
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order –Solo Page