IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEVIN BURNS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:13-CV-00993-L |
| | § | |
| JPMORGAN CHASE BANK, ET AL., | § | |
| | § | |
| Defendants. | § | |

## BDFTE DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW, Defendants Stephen C. Porter, Georgia Ann Bradley, Matt Lindsey and Barrett Daffin Frappier Turner & Engel, LLP (collectively the "BDFTE Defendants") and file this reply brief in support of their Motion to Dismiss. In support thereof, the BDFTE Defendants respectfully show this Honorable Court the following:

1. On December 30, 2013, the BDFTE Defendants filed their Motion to Dismiss and Brief in Support (the "Motion to Dismiss") seeking an order dismissing Plaintiff Kevin Burns' ("Plaintiff") claims against the BDFTE Defendants pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. (Doc 39).

2. On January 2, 2014, the Court entered its Order setting a deadline of January 20, 2014 for Plaintiff to file a response to the BDFTE Defendants' Motion to Dismiss. (Doc 40). Separately, Local Rule 7.1(e) also establishes January 20, 2014 as the deadline by which Plaintiff must file a response to the BDFTE Defendants' Motion to Dismiss.

3. On January 13, 2014, Plaintiff filed his Motion for Leave to Amend Pleading in which he requested an additional thirty days in which to "cure the

deficiencies [identified in the Motion to Dismiss] and state a cause of action upon which relief can be granted." (Doc 47).

4.     On January 14, 2014, the Court entered its Order denying Plaintiff's Motion for Leave to Amend Pleading.  (Doc 48).

5.     Paintiff has failed to timely file a response to the BDFTE Defendants' Motion to Dismiss and, as such, the Court may consider it unopposed.[1]

6.     Accordingly, the BDFTE Defendants respectfully request that the Court grant their Motion to Dismiss, with prejudice, and for any and all further relief to which the BDFTE Defendants may show themselves justly entitled.

Respectfully submitted,

MARIS & LANIER, P.C.

  /s/ Robert F. Maris
Robert F. Maris
State Bar No. 12986300
rmaris@marislanier.com
Matthew W. Lindsey
State Bar No. 24071893
mlindsey@marislanier.com
3710 Rawlins Street, Suite 1550
Dallas, Texas 75219
214-706-0920 telephone
214-706-0921 facsimile

ATTORNEYS FOR DEFENDANTS
STEPHEN C. PORTER, GEORGIA
ANN BRADLEY, MATT LINDSEY,
and BARRETT DAFFIN
FRAPPIER TURNER & ENGEL,
LLP

---

[1] *See e.g., Simms v. Am. Int'l Group, Inc.*, No. CIV. 3:99CV2554-P, 2002 WL 87344, at *1 note 2 (N.D. Tex. Jan. 16, 2002); *Dunlap v. Denison Indep. Sch. Dist.*, No. 4:09-cv-234, 2010 WL 3522425, at *1 (E.D. Tex. Sept. 8, 2010); *In re ArthroCare Corp. Secs. Litig.*, 726 F.Supp.2d 696, 701 (W.D. Tex 2010); *Square D Co. v. Pioneer Breaker & Supply Co.*, No. A-07-ca-810-ss, 2009 WL 5170211, at *9 (W.D. Tex. Dec. 18, 2009).

## CERTIFICATE OF SERVICE

      This is to certify that a true, correct and complete copy of the foregoing document has been served in accordance with the Federal Rules of Civil Procedure on the 30th day of January, 2014 to:

Kevin Burns
243 Barnes Ridge Road
Sunnyvale, Texas 75182
**VIA CM/ECF ELECTRONIC FILING
AND VIA CERTIFIED MAIL RECEIPT
NO. 7008 3230 0000 9605 7323**

Wm. Lance Lewis
Lauren Godfrey
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
**VIA CM/ECF ELECTRONIC FILING**

C. Ed Harrell
Sabrina A. Neff
HUGHES, WATTERS & ASKANASE, L.L.P.
333 Clay, 29th Floor
Houston, Texas 77002
**VIA CM/ECF ELECTRONIC FILING**

                                                      /s/ Matthew W. Lindsey
                                                       Matthew W. Lindsey

624.444\s:\robert\barrett\burns\pldgs\12(b)(6).rply.docx