IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEVIN BURNS | § | |
| | § | |
| v. | § | |
| | § | |
| JPMORGAN CHASE BANK; NATIONAL | § | Case No. 3:13-CV-00993-L |
| ASSOCIATION, SUCCESSOR BY | § | |
| MERGER TO CHASE HOME FINANCE | § | |
| LLC; FIRST HOUSTON MORTGAGE | § | |
| LTD.; FEDERAL NATIONAL | § | |
| MORTGAGE ASSOCIATION ("FANNIE | § | |
| MAE"); MORTGAGE ELECTRONIC | § | |
| REGISTRATION SYSTEM, INC. | § | |
| ("MERS"); STEPHEN C. PORTER, ASSN'T | § | |
| SECRETARY, ("MERS"); GEORGIA ANN | § | |
| BRADLEY, NOTARY PUBLIC, STATE OF | § | |
| TEXAS; MATT LINDSEY, SUBSTITUTE | § | |
| TRUSTEE; BARRETT DAFFIN, | § | |
| FRAPPIER, TURNER and ENGEL, LLP; | § | |
| DANA GOMPERS, MANAGING | § | |
| PARTNER-FIRST HOUSTON | § | |
| MORTGAGE LTD DBA ENVOY | § | |
| MORTGAGE | § | |

## DEFENDANT ENVOY MORTGAGE, LTD.'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND PLEADING

COMES NOW ENVOY MORTGAGE, LTD. ("Envoy") and files its Response to Plaintiff's Motion for Leave to Amend Pleading.

Plaintiff's Motion for Leave to Amend Pleading ("Motion for Leave") makes an incomplete and perhaps misleading representation regarding Plaintiff's conference with Envoy. Envoy files this response to correct that representation.

On February 12, 2014, the undersigned counsel for Envoy was contacted by Christie Burns to confer regarding Plaintiff's Motion for Leave.  Christie Burns identified herself as

Plaintiff David Burns' wife. The undersigned and Christie Burns discussed the reasons for Plaintiff's Motion for Leave. The undersigned told Christie Burns that she would call back with Envoy's response to the conference.

Later that afternoon, the undersigned telephoned Christie Burns to say that *__Envoy is opposed to Plaintiff's Motion unless the purpose of the amended pleading is to dismiss all claims against Envoy__*. Christie Burns assured the undersigned that Envoy would be dismissed as a party to the suit in the amendment to Plaintiff's pleading. The undersigned reiterated that Envoy was unopposed to the Plaintiff's Motion for Leave only to the extent that the amended pleading dismissed all claims against Envoy; if the amended pleading did not dismiss all claims against Envoy, then Envoy was opposed. Christie Burns reiterated that Envoy would be dismissed and that the new pleading would "narrow the claims."

On February 18, 2014, Plaintiff filed his Motion for Leave. Plaintiff's Motion for Leave mentions the dismissal of BDFTE Defendants in an amended complaint. (*See* Doc. 50 at p. 2). There is no mention of Envoy's dismissal.

The certificate of conference as to Envoy states that the undersigned is not opposed to Plaintiff's Motion for Leave, without any indication to that Court that Envoy was unopposed only to the extent that Plaintiff's amended pleading dismissed all claims against Envoy.

Plaintiff did not attach his First Amended Complaint to his Motion for Leave and Envoy cannot verify that the amended pleading will dismiss all claims against Envoy.

WHEREFORE, premises considered, ENVOY MORTGAGE, LTD. requests that Plaintiff's Motion for Leave to Amend Pleadings be denied unless Envoy is dismissed as represented, and for other relief to which Envoy may be justly entitled.

**ENVOY'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE**                                              2

Respectfully submitted,

*//s// Sabrina A. Neff*
C. Ed Harrell   TBN: 09042500
Hughes, Watters & Askanase, L.L.P.
333 Clay, 29th Floor
Houston, Texas 77002-7354
(713) 759-0818 – Telephone
(713) 759-6834 – Facsimile
eharrell@hwa.com – Email

ATTORNEYS FOR DEFENDANT,
ENVOY MORTGAGE, LTD.

OF COUNSEL:

HUGHES, WATTERS & ASKANASE, L.L.P.
Sabrina A. Neff  TBN:  24065813
Three Allen Center
333 Clay, 29th Floor
Houston, Texas 77002
Telephone:  (713) 759-0818
Facsimile:  (713) 759-6834

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following on the 19th day of February, 2014:

Kevin Burns
243 Barnes Ridge Road
Sunnyvale, Texas 75182
*In pro se*
***Via CM/RRR 7196 9008 9111 1734 5215***

Robert F. Maris
Maris & Lanier, PC
3710 Rawlins Street, Suite 1550
Dallas, Texas 75219
***Via ECF Electronic Filing***

Wm. Lance Lewis
Lauren Godfrey
Quilling, Selander, Lownds, Winslett &
Moser, PC
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
***Via ECF Electronic Filing***

*//s// Sabrina A. Neff*
C. Ed Harrell