**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| KEVIN BURNS, | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 3:13-CV-0993-L-BH |
| | § | |
| JPMORGAN CHASE BANK NATIONAL | § | |
| ASSOCIATION, et al., | § | |
| | § | |
| Defendants. | § | Referred to U.S. Magistrate Judge |

## ORDER

Pursuant to the standing order of reference dated March 7, 2013, this case has been automatically referred for determination of non-dispositive motions and issuance of findings, conclusions, and recommendations on dispositive motions.  Before the Court are the *Joint Stipulation of Dismissal of the BDFTE Defendants* (doc. 53), and the *Motion to Dismiss Defendant Envoy Mortgage, LTD from Pleading* (doc. 54), both filed March 13, 2014.

The defendants who are the subjects of these motions have filed responses stating that they do not oppose the plaintiff's motions to dismiss this case against them, provided that the case is dismissed with prejudice to the plaintiff reasserting those claims against them.  The plaintiff's motions do not specify whether he seeks to dismiss the case against those defendants with or without prejudice.  Accordingly, the plaintiff shall file a reply to each response that specifically clarifies whether he is seeking dismissal with or without prejudice no later than **March 28, 2014**.

**SO ORDERED** on this 20th day of March, 2014.

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE